UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHADRICK FERRER and
GINA FERRER,

    Plaintiffs,

v().          CASE NO.: 8:13-cv-02062-VMC-AEP

PINNACLE CREDIT
SERVICES, LLC,    VERIFIED COMPLAINT FOR
and    UNLAWFUL COLLECTION
COMMERCIAL RECOVERY    PRACTICES
SYSTEMS, INC.,

    Defendants.

_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiffs Shadrick & Gina Ferrer ("Plaintiffs"), by and through undersigned counsel, hereby submits this *Notice of Pending Settlement*, and states that Plaintiffs and Defendants Pinnacle Credit Services, LLC and Commercial Recovery Systems, Inc., have tentatively reached a global settlement with regards to this case and are presently working on finalizing settlement documents.

Dated: September 10, 2013    Respectfully Submitted,

    **CENTRONE & SHRADER, LLC**
    1710 N. 19th Street, Suite 205
    Tampa, Florida 33605
    Phone: (813) 360-1529
    Fax:   (813) 336-0832

    /s/ Gus M. Centrone
    **GUS M. CENTRONE, ESQ.**
    Florida Bar No. 30151
    e-mail: gcentrone@centroneshrader.com
    **BRIAN L. SHRADER, ESQ.**
    Florida Bar No. 57251
    e-mail: bshrader@centroneshrader.com
    Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on September 10, 2013, I presented the *Notice of Pending Settlement* to the Clerk of the United States District Court, Middle District of Florida, Tampa Division, for filing and uploading to the CM/ECF system.

                                               /s/ Gus M. Centrone
                                               Attorney