UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SHADRICK FERRER and**
**GINA FERRER,**

    **Plaintiffs,**

v.                                                              CASE NO.: 8:13-cv-02062-VMC-AEP

**PINNACLE CREDIT**
**SERVICES, LLC,**
**and**
**COMMERCIAL RECOVERY**
**SYSTEMS, INC.,**

    **Defendants.**

_____/

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiffs Shadrick & Gina Ferrer ("Plaintiffs"), by and through undersigned counsel, hereby submits this Response to the Court's Order to Show Cause (Doc. 6) and states as follows:

Plaintiffs filed their Complaint on August 9, 2013, and Defendants Pinnacle Credit Services, LLC and Commercial Recovery Systems, Inc. were served on August 13, 2013. Thus, the Defendants deadline to answer the complaint was September 3, 2013. However, Plaintiffs' counsel has been in communication with Defendants regarding a potential global resolution of this matter. In order to avoid the added expense of hiring an attorney, Defendants have attempted to resolve this matter prior to filing a responsive pleading.

On September 10, 2013, Plaintiffs filed a *Notice of Pending Settlement*, stating that the parties have tentatively reached a global settlement with regards to this case and are presently working on finalizing settlement documents.

Plaintiffs respectfully requests that the Court not dismiss the action while the parties are finalizing settlement. If, for whatever reason, final settlement is not achieved, Plaintiffs will continue litigating this matter.

Dated: September 11, 2013

Respectfully Submitted,

**CENTRONE & SHRADER, LLC**
1710 N. 19th Street, Suite 205
Tampa, Florida 33605
Phone: (813) 360-1529
Fax:    (813) 336-0832

/s/ Gus M. Centrone
**GUS M. CENTRONE, ESQ.**
Florida Bar No. 30151
e-mail: gcentrone@centroneshrader.com
**BRIAN L. SHRADER, ESQ.**
Florida Bar No. 57251
e-mail: bshrader@centroneshrader.com
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 11, 2013, I presented this *Response to Order To Show Cause* to the Clerk of the United States District Court, Middle District of Florida, Tampa Division, for filing and uploading to the CM/ECF system.

　　　/s/ Gus M. Centrone
　　　Attorney